In the MATTER OF DISCIPLINARY PROCEEDINGS AGAINST Michael L. RHEES, Attorney at Law:

OFFICE OF LAWYER REGULATION, Complainant,

v.

Michael L. RHEES, Respondent.

Supreme Court

No. 03–1148–D. Decided July 9, 2003.

2003 WI 110

(Also reported in 665 N.W.2d 256.)

704

IT IS ORDERED that the license of Attorney Michael L. Rhees to practice law in the State of Wisconsin be suspended for four months from the date of this order.

IT IS FURTHER ORDERED that this suspension does not affect the existing 1989 suspension for non-compliance with CLE reporting requirements which would also have to be satisfied in order for his license to practice law in Wisconsin to be reinstated.

IT IS FURTHER ORDERED that he shall comply, if he has not already done so, with the requirements of SCR 22.26 pertaining to activities following suspension.